TDC 21CV2801



I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jean D. Francis |
| Street Address | 4602 Stecoah Drive |
| City and County | Clinton, |
| State and Zip Code | MD, 20735 |
| Telephone Number | 301-655-5834 |
| E-mail Address | jfra169731@aol.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Western Governors University, |
| Job or Title (if known) | Attn: Sarah Hook, Associate General Counsel |
| Street Address | 4001 South 700 East, Suite 700 |
| City and County | Salt Lake City, |
| State and Zip Code | UT, 84107 |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name    N/A

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Defendant No. 3

    Name    N/A

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name    Western Governors University

    Street Address    4602 Stecoah Drive

    City and County    Clinton, Prince Georges County

    State and Zip Code    MD, 20735

    Telephone Number    301-655-5834

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☒ Other federal law *(specify the federal law)*:
    United States Code, Title 42, Chapter 21, Subchapter VI, 2000e - 2000e-17

- ☒ Relevant state law *(specify, if known)*:
    MD Code, State Government, Title 20, Subtitle 6, 20-601-20-611

- ☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
Placed on a PIP January 11, 2018, and discharged on May 23, 2018.

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race African American
- ☒ color Black
- ☐ gender/sex Female
- ☐ religion Seventh-day Adventist
- ☐ national origin _____
- ☒ age. My year of birth is 1958. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)* Spinal Stenosis

5

E.  The facts of my case are as follows. Attach additional pages if needed.

**Please see attached.**

_____
_____
_____
_____
_____
_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.  **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**November 27, 2018**

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
■ issued a Notice of Right to Sue letter, which I received on *(date)* **July 31, 2021**.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

■ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Grant a permanent injunction to Defedant, its officers, and all persons assigned, from engaging in retaliation practices against employees complaints.

B. Order Defendant to institute and carry out policies and practices, which eradicates unlawful employment practices.

c. Order Defenant to make whole the Plaintiff by providing appropriate backpay, prejudgment interest and other equitable relief necessary.

D. Order Defendant to make whole plaintiff by providing compensation for past and future pecuniary losses.

E. Order Defendant to make whole the plaintiff by providing compensation for emotional pain, suffering, mental anguish, and humiliation.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

7

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October/29 20 21

Signature of Plaintiff _____

Printed Name of Plaintiff   Jean D Francis, PhD

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jean D. Francis                         *

                                        *

v.                                      *       Case No. TDC 21CV2801

Western Governors University            *

                                        *

## CERTIFICATE OF SERVICE

I hereby certify that on  October 29, 2021 , a copy of  this certificate of service  which was electronically filed in this case on  October 29, 2021 , was mailed via first class mail, postage prepaid, to  Western Governors University (WGU)  4001 700 E #700, Salt Lake City, UT 84107  ATTN: Sarah Hook, Associate General Counsel .

October 29, 2021
Date

Signature

JEAN D. FRANCIS, Ph.D.
Printed Name and Bar Number

4602 Stecoah Drive, Clinton, MD 20735
Address

jfra169731@aol.com
Email Address

301-655-5834
Telephone Number

N/A
Fax Number

CertificateofService (06/2016)