# JacksonLewis

**Jackson Lewis P.C.**
2800 Quarry Lake Drive.
Suite 200
Baltimore, MD 21209
(410) 415-2005 Direct
(410) 483-8301 Fax
jacksonlewis.com

DIRECT DIAL: 410-415-2004
EMAIL ADDRESS: LARRY.SEEGULL@JACKSONLEWIS.COM

March 9, 2022

**VIA CM/ECF FILING**

The Honorable Theodore D. Chuang
U.S. District Judge
U.S. District Court for District of Maryland
6500 Cherrywood Lane, Suite 245A
Greenbelt, MD 20770

      **Re:**    **Notice of Intent Settle**
              *Jean D. Francis v. Western Governors' University*
              **Case No. 21-CV-2801-TDC**

Dear Judge Chuang:

      This letter is to inform you that Plaintiff Jean D. Francis ("Plaintiff") and Defendant Western Governors' University ("Defendant")(jointly referred to as the "Parties"), have agreed to a tentative settlement of this case. Therefore, the Parties jointly request that the Court cancel the telephone conference to discuss Defendant's Notice of Intent to File A Motion to Dismiss currently scheduled for March 10, 2022 at 9:00 A.M.

      Once the Parties finalized the settlement papers, the Parties will file a Joint Stipulation of Dismissal to dismiss this case in its entirety with prejudice.

      The Parties agree that neither party is prejudiced by this request, the request will facilitate the settlement of this case between the Parties, and it will allow the Parties to avoid further costs of litigation while finalizing the settlement of this matter.

                                             Sincerely,

                                             /s/
                                   Larry R. Seegull (Bar No. 22991)
                                   Liane D. Kozik (Bar No. 21336)
                                   JACKSON LEWIS P.C.
                                   2800 Quarry Lake Drive, Suite 200
                                   Baltimore, Maryland 21209
                                   410.415.2000 (T)
                                   410.415.2001 (F)

**JacksonLewis**

The Honorable Theodore D. Chuang
March 9, 2022
Page 2

Larry.Seegull@jacksonlewis.com
Liane.Kozik@jacksonlewis.com
*Counsel for Defendant*


_____/s/_____
A. Marques Pitre, Esq.
Pitre & Associates, LLC.
1300 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Phone: 202-204-3006
ampitre@ampitreassociates.com
*Counsel for Plaintiff*

4891-9118-7476, v. 1