IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jean D. Francis,<br><br>        Plaintiff,<br>   v.<br><br>Western Governors' University,<br><br>        Defendants. | Civil Case No. 21-cv-2801-TDC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, that the above-captioned action, including all claims, be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(B), the parties to bear their own attorneys' fees and costs.

Respectfully submitted this 4th day of May 2022,

/s/
Larry R. Seegull (Bar No. 22991)
Liane D. Kozik (Bar No. 21336)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD  21209
(410) 415-2004 – Telephone
(410) 415-2001 – Facsimile
Larry.Seegull@jacksonlewis.com
Liane.Kozik@jacksonlewis.com

*Counsel for Defendant*

/s/
A. Marques Pitre, Esq.
(signed by Larry R. Seegull with the permission of A. Marques Pitre)
Pitre &Associates, LLC
1300  Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
(202) 204-3006
ampitre@ampitreassociates.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 4, 2022, this Joint Stipulation of Dismissal With Prejudice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By:    /s/  
        Liane D. Kozik (Bar No. 21336)

4880-1882-9085, v. 1