UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JEAN D. FRANCIS,

    Plaintiff,

v.

WESTERN GOVERNORS' UNIVERSITY,

    Defendant.

Civil Action No. TDC-21-2801

**ORDER**

On May 4, 2022, the parties filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 15. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.

Date: May 4, 2022

THEODORE D. CHUANG
United States District Judge